| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) REINHARDT, STEPHEN R | 2. Court or Organization US COURT OF APPEALS 9TH CIRC | 3. Date of Report 5/9/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) US CIRCUIT JUDGE (ACTIVE) | 5. ReportType (check appropriate type) ○ Nomination  Date ○ Initial  ● Annual  ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 312 NORTH SPRING STREET ROOM 1747 LOS ANGELES, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only, see pp. 9-13 of filing instructions)

☐ **NONE** - No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | TRUST #1 - ██████████ TRUST-EXEMPT C |
| 2. | TRUSTEE | TRUST #2 - ██████████ TRUST-NON-EXEMPT C |
| 3. | TRUSTEE | TRUST #3 - ██████████ TRUST DTD 4/21/95 |

## II. AGREEMENTS. (Reporting individual only: see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 MAY 16 P 3:29 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | ACLU FOUNDATION OF SO CALIF/ WAGES |
| 2. 2004 | AMERICAN CIVIL LIBERTIES UNION INC OF SOUTHERN CALIF/ WAGES |
| 3. 2004 | JOHN HANCOCK LIFE INS CO/ ANNUITY DISTRIBUTION |
| 4. 2004 | SYMETRA LIFE INSURANCE COMPANY/ ANNUITY DISTRIBUTION |
| 5. 2004 | REGENTS OF THE UNIVERSITY OF CALIFORNIA UC RETIREMENT SYSTEM/ RETIREMENT ACCOUNT DISTRIBUTION |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ASPEN CRIMINAL LAW SEMINAR ( SPEN, CO) | 1/29/04-2/01/04: PARTICIPATE IN PANEL DISCUSSION (AIRFARE, LODGING, GROUND TRANSPORTATION) |
| 2 | CARDOZO SCHOOL OF I W (NEW YORK, NY) | 3/18/04-3/22/04: CARDOZO MOOT COURT FINALS (AIRFARE, LODGING, GROUND TRANSPORTATION) |
| 3. | VILLANOVA UNIVERSITY (VILLANOVA, PA) | 3/26/04-3/28/04: VILLANOVA MOOT COURT FINAL ROUND (AIRFARE) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 4. UNIVERSITY OF OREGON LAW SCHOOL (EUGENE, OR) | 5/15/04-5/16/04: AWARD AT UNIVERSITY OF OREGON LAW SCHOOL (AIRFARE) |
| 5. YALE LAW SCHOOL (NEW HAVEN, CT) | 10/07/04-10/10/04: YALE REUNION PANEL (AIRFARE) |
| 6. UNIVERSITY OF SAN DIEGO SCHOOL OF LAW (SAN DIEGO, CA) | 10/16/04-10/17/04: UNIVERSITY OF SAN DIEGO MOOT COURT (TRAIN FARE) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BROKERAGE ACCOUNT #1: CNB -100 | | | | | | | | | See Note 1 in Part VIII |
| 2. - CNI CHARTER FDS - CALIF TAX EXEMPT FD INSTI. CL #242 | A | Interest | J | T | BUY | VAR | J | | |
| 3. - FEDERATED AMERICAN LEADERS FD CL C(FALCX) | A | Dividend | L | T | | | | | |
| 4. AMERICAN INSURED MORTGAGE INV., LP UNITS - AIM 88 | A | Interest | | | LIQUIDAT-ED | | J | | See Note 2 in Part VIII |
| 5. UNION BANK CHECKING | | None | L | T | | | | | |
| 6. BROKERAGE ACCOUNT #2: CNB -500 | | | | | | | | | See Note 3 in Part VIII |
| 7. - CNI CHARTER FDS - CALIF TAX EXEMPT FD INSTL CL #242 | | | J | T | BUY | VAR | J | | |
| 8. - NATIONS LIFEGOAL BALANCED GROWTH FD C | B | Dividend | M | T | BUY | VAR | J | | |
| 9. TRUST #1 - ▮▮▮▮ TRUST-EXEMPT C | H1 | Distribution | P1 | T | | | | | See Note 4 in Part VIII. |
| 10. - PIMCO CA MUN INCM FUND | | | | | SELL | 7/19 | J | A | |
| 11. - LONG SHORT TETCK TRAKRS (FUTURES) | | | | | EXPIRED | | | | |
| 12. - 1MTH CAMPBELL STRATEGIC | | | | | LIQUIDAT ED | | | | |
| 13. - COHEN & STEERS PREMIUM | | | | | SELL | 1/28 | M | E | |
| 14. - CAMPBELL STRATEGIC ALLOCATION FUND | | | | | LIQUIDAT ED | | M | | |
| 15. - PAULSON ACCESS LLC | | | | | LIQUIDAT ED | | | | |
| 16. - ADVENT ACCESS LLC | | | | | LIQUIDAT ED | | M | | |
| 17. - LMC TRKRS (FUTURES) | | | | | EXPIRED | | | | |
| 18. - ALLIANCE BERNSTEIN WEALTH APPREC STRATEGY ADVISOR | | | | | SELL | 1/26 | O | G | |

1. Income/Gain Codes: (See Columns B1 and D4) A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: (See Columns C1 and D3) J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. - BLACKROCK LIMITED DURATION INCOME TRUST | | | | | SELL | 7/19 | M | | |
| 20. - COHEN & STEERS REIT & PFD INCOME FUND | | | | | SELL | 1/28 | N | D | |
| 21. - EATON VANCE TAX ADVANTAGE DIVIDEND INCOME FUND | | | | | SELL | 1/28 | M | C | |
| 22. - FRANKLIN TEMPLETON LTD DURATION INCOME TR | | | | | SELL | 7/19 | M | | |
| 23. - MERRILL LYNCH & CO INC MKT RECOV NT | | | | | SELL | 1/28 | M | E | |
| 24. - MERRILL LYNCH & CO INC STRIDES LINKED O BROCAD | | | | | SELL | 1/29 | L | C | |
| 25. - ML&CO GLBL CURR BSKT NTS GLOBAL CURRENCY | | | | | SELL | 7/21 | L | | |
| 26. - ML&CO ARN SEMI-HOLDRS ACCELERATED NTS | | | | | SELL | 7/19 | L | | |
| 27. - NEUBERGER BERMAN INCOM OPPORTUNITY FD INC | | | | | SELL | 7/19 | K | | |
| 28. - NICHOLAS APPLEGATE CONV AND INCOME FUND | | | | | SELL | 7/19 | M | | |
| 29. - OPPENHEIMER INTERNATL BOND FD CL A | | | | | PARTIAL SELL. | 12/31 | J | C | |
| 30. - PIMCO FLOATING RATE INCOME FUND | | | | | SELL | 7/19 | M | B | |
| 31. - PIONEER MUN HIGH INCOME ADVANTAGE TR | | | | | SELL | 7/19 | K | | |
| 32. - PIONEER MUNICIPAL HIGH INCOME TRUST | | | | | SELL | 7/19 | L | | |
| 33. - WESTERN ASSET/CLAYMORE US TREASURY INFLATION | | | | | SELL | 7/19 | M | | |
| 34. - HARRIS CNTY TEX GO 3.000% 10/01/10 | | | | | BUY | 4/02 | K | | |
| 35. - HARRIS CNTY TEX GO 3.000% 10/01/10 | | | | | SELL | 9/24 | K | | |
| 36. - CALIF ST DWR REV 5.900% 12/01/05 | | | | | BUY | 4/01 | M | | |

1. Income/Gain Codes   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. - CALIF ST DWR REV 5.900% 12/01/05 | | | | | SELL | 11/23 | M | | |
| 38. - NEWPORT BCH CALIF 0.95836% 10/01/22 | | | | | BUY | 7/28 | M | | |
| 39. - NEWPORT BCH CALIF 0.95836% 10/01/22 | | | | | SELL | 8/02 | M | | |
| 40. - SACRAMENTO CA V/R 1.01443% 2/15/31 | | | | | BUY | 6/16 | M | | |
| 41. - SACRAMENTO CA V/R 1.01443% 2/15/31 | | | | | SELL | 8/02 | M | | |
| 42. - ACACIA II PARTNERS, L.P. | | | | | CONTRIBUTION | | P1 | | |
| 43. - CNI CHARTER FDS - CALIF TAX EXEMPT FD INSTL CL #242 | | | | | BUY | VAR | L | | |
| 44. - CALIFORNIA ST PUB WKS BRD LEASE REV 3.000% 12/01/05 | | | | | BUY | 4/07 | K | | |
| 45. - CALIFORNIA ST PUB WKS BRD LEASE REV 3.000% 12/01/06 | | | | | BUY | 4/07 | K | | |
| 46. - CALIFORNIA ST GENL OBLIG 4.100% 2/01/07 | | | | | BUY | 4/01 | K | | |
| 47. - CALIF ST CONSUMER PWR & CONSV REV 4.000% 3/01/07 | | | | | BUY | 3/31 | M | | |
| 48. - CALIFORNIA ST GENL OBLIG 5.000% 3/01/09 | | | | | BUY | 4/01 | K | | |
| 49. - THREE VALLEYS MUN WTR DIST CALIF REV 4.250% 11/01/09 | | | | | BUY | 3/31 | M | | |
| 50. - GLENDALE CALIF ELEC WKS REV 5.750% 2/01/12 | | | | | BUY | 4/01 | M | | |
| 51. - MODESTO CALIF IRR DIST FING AUTH REV 5.790% 9/01/22 | | | | | BUY | 4/01 | M | | |
| 52. - NEW JERSEY ST EDU FAC AUTH REV 5.000% 12/01/06 | | | | | BUY | 4/02 | M | | |
| 53. - WISCONSIN ST GENL OBLIG 3.000% 5/01/08 | | | | | BUY | 4/14 | M | | |
| 54. - KENDALL KANE & WILL CNTYS ILL CMNTY 4.800 10/01/08 | | | | | BUY | 4/02 | M | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $6,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller if private transaction) |
| 55. - UNIVERSITY ARK UNIV REV 5.000% 12/01/09 | | | | | BUY | 4/02 | M | | |
| 56. - MASSACHUSETTS ST GENL OBLIG 5.250% 8/01/11 | | | | | BUY | 4/01 | M | | |
| 57. - SAN ANTONIO TEXAS GENL OBLIG 5.300% 8/01/12 | | | | | BUY | 4/05 | M | | |
| 58. - CNI CHARTER HIGH YIELD BOND FUND INSTITUTIONAL CLASS | | | | | BUY | 7/19 | P1 | | |
| 59. - OPPENHEIMER INTL BOND FD CL A | | | | | BUY | 12/31 | J | | |
| 60. - CNB CHECKING A/C ▓▓▓ | | | | | | | | | |
| 61. TRUST #3 - ▓▓▓ TRUST DTD 4/21/95 | G | Distribution | O | T | | | | | See Note 5 in Part VIII. |
| 62. - CALIFORNIA ST 7.3% | | | | | SELL | 4/14 | K | A | |
| 63. - CALIFORNIA ST 4.4% | | | | | BUY | 3/15 | L | | |
| 64. - CALIFORNIA ST 4.4% | | | | | SELL | 2/03 | L | A | |
| 65. - CALIFORNIA ST 9.9% | | | | | SELL | 5/14 | L | A | |
| 66. - CALIFORNIA ST 9.75% | | | | | | | | | |
| 67. - CALIFORNIA ST 6.4% | | | | | | | | | |
| 68. - CALIFORNIA ST 9.2% | | | | | | | | | |
| 69. - CALIFORNIA ST 6.25% | | | | | SELL | 7/01 | L | B | |
| 70. - CALIFORNIA ST 5.75% | | | | | SELL | 3/12 | L | C | |
| 71. - PIONEER HIGH INCOME TR | | | | | SELL | 7/19 | M | D | |
| 72. - FLAHERTY & CRUMRINE CLAYMORE TOTAL RETURN | | | | | SELL | 7/19 | M | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $6,001-$1,080    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $6,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,900    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P6 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
   U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. - PIONEER MUNICIPAL HIGH INCOME TRUST | | | | | SELL | 7/19 | L | | |
| 74. - CNI CHARTER FDS | | | | | BUY | VAR | N | | |
| 75. - TURLOCK CALIF IRR DIST REV 5.000% 1/01/09 | | | | | BUY | 7/23 | L | | |
| 76. - SANTA CLARA VY CALIF SALES TAX REV 5.500% 4/01/36 | | | | | BUY | 8/20 | K | | |
| 77. -WASHINGTON ST GENL OBLIG 5.500% 9/01/07 | | | | | BUY | 8/23 | K | | |
| 78. - CNB CHECKING A/C ███ | | | | | | | | | |
| 79. TRUST #2 - ████████TRUST-NON-EXEMPT C | | | | | | | | | See Note 6 in Part VIII. |
| 80. - MERRILL LYNCH & CO INC MKT RECOV INT | | | | | SELL | 7/22 | M | E | |
| 81. - CNI CHARTER FDS | | | | | BUY | VAR | M | | |
| 82. - CNB CHECKING A/C ███ | | | | | | | | | |
| 83. SCHWAB INSTITUTIONAL IRA | | None | | | | | | | See Note 7 in Part VIII. |
| 84. RENTAL PROPERTY #1, LAGUNA NIGUEL, CA | C | Rent | M | R | | | | | |
| 85. BANK OF THE WEST | A | Interest | J | T | | | | | |
| 86. JOHN HANCOCK LIFE INS CO - ANNUITY | D | Distribution | | | | | | | See Note 8 in Part VIII. |
| 87. SYMETRA LIFE INS CO - ANNUITY | C | Distribution | K | T | | | | | See Note 9 in Part VIII |
| 88. REGENTS OF THE UNIVERSITY OF CALIFORNIA UC RETIREMENT SYSTEM | A | Distribution | | | | | | | |
| 89. MERRILL LYNCH IRA -P48 | | | | | | | | | |
| 90. - ML BANK USA RASP MONEY MARKET | A | Dividend | J | T | | | | | |

1. Income/Gain Codes    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$6,000    D = $6,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $6,000,000
2. Value Codes    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. - NATIONS LIFEGOAL BALANCED GROWTH FD | B | Dividend | M | T | | | | | |
| 92. SCHWAB 1000 | | | | | | | | | |
| 93. -AXA ROSENBERG SMALL US SMALL CAP | | | | | | | | | |
| 94. -TWEEDY BROWNE GLOBAL VAL | | | | | | | | | |
| 95. - AXA ROSEBERG INTL SMALL CAP | | | | | | | | | |
| 96. - DFA EMERGING MARKETS PORT | | | | | | | | | |
| 97. - DFA 5 YR GOVT PORT | | | | | | | | | |
| 98. MERRILL LYNCH -390 | | | | | | | | | |
| 99. -POLARIS PROTECTOR (ANNUITY) | | None | M | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
|  | REINHARDT, STEPHEN R | 5/9/2005 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

NOTE 1: Merrill Lynch Account -145 (shown on the 2003 Financial Disclosure Report) was closed on 1/16/04 and had a zero value at 12/31/04. Merrill Lynch Account -145 generated no income in 2004. The cash in the ML Bank Deposit Program and the securities Federated American Leaders FD CLC shr (both shown on the 2003 Financial Disclosure Report) were both transferred to BROKERAGE ACCOUNT #1: CNB -100 in 2004.

NOTE 2: AMERICAN INSURED MORTGAGE INV., LP UNITS - AIM 88 was liquidated in 2004 and had a zero value at 12/31/04. Income in 2004 consisted of interest and distributions of money.

NOTE 3: Merrill Lynch Account -390 (shown on the 2003 Financial Disclosure Report) was closed on 1/14/04 and had a zero value at 12/31/04. Merrill Lynch Account -390 generated no income in 2004. The cash in the ML Bank Deposit Program and the securities Nations (Legg) Balanced Growth (shown on the 2003 Financial Disclosure Report) were both transferred to BROKERAGE ACCOUNT #2: CNB -500 in 2004.

NOTE 4: TRUST #1 - ███████████████ TRUST-EXEMPT C contains BROKERAGE ACCOUNT #3: CNB -400. This brokerage account had income in 2004 consisting of interest, dividends, capital gains, and distributions. Brokerage Account #2 contains the transfers from Merrill Lynch -469 (shown on prior year's financial disclosure report), which was closed in 2004 and had a zero value at 12/31/04. TRUST #1 - ███████ TRUST-EXEMPT C also holds the following partnerships which had 2004 income consisting of ordinary business income, interest, dividends, and capital gains: Acacia II Partners, L.P., Campbell Strategic Allocation Fund, L.P. (liquidated in 2004), Paulson Access LLC (liquidated in 2004), and Advent Access LLC (liquidated in 2004).

NOTE 5: TRUST #3 - ███████████████ TRUST DTD 4/21/95 contains BROKERAGE ACCOUNT #4: CNB -200. This brokerage account had income in 2004 consisting of interest, dividends, capital gains, and distributions. BROKERAGE ACCOUNT #5 contains the transfers from Merrill Lynch a/c -641 (shown on prior year's financial disclosure report), which was closed in 2004 and had a zero value at 12/31/04.

NOTE 6: TRUST #2 - ███████████████ TRUST-NON-EXEMPT C contains BROKERAGE ACCOUNT #5: CNB -300. This brokerage account had income in 2004 consisting of interest, dividends, and capital gains. BROKERAGE ACCOUNT #3 contains the transfers from Merrill Lynch -077 (shown on prior year's financial disclosure report), which was closed in 2004 and had a zero value at 12/31/04.

NOTE 7: CHARLES SCHWAB INSTITUTIONAL IRA on prior year's disclosure report has less than $10 value at 12/31/04. The money in this account will be distributed in 2005 and the account closed.

NOTE 8: JOHN HANCOCK LIFE INS CO is an annuity in the name of Ramona Ripston ████████ In 2004, John Hancock Life Ins Co (USA) changed its name from Manufacturers Life Insurance.

NOTE 9: SYMETRA LIFE INS CO is an annuity in the name of Ramona Ripston ████████ In 2004, Symetra Life Insurance Company changed its name from Safeco Life Insurance Company.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date ___May 12, 2005___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544